IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CIVIL ACTION NO. 6:08CV332 |
| REAL PROPERTY, LOCATED AT 115 MELBA, LONGVIEW, GREGG, COUNTY, TEXAS | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the Government's Motion for Default Judgment (document #10) be granted. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Government's Motion for Default Judgment (document #10) is **GRANTED**. Any motion not previously ruled on is **DENIED**.

**SIGNED this 5th day of June, 2009.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE